# IN THE SUPREME COURT OF THE STATE OF NEVADA

MILTON DAVID PLUMMER,
           Appellant,

vs.

RENEE BAKER, L.C.C.,
           Respondent.

No. 85112

**FILED**

AUG 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for relief from judgment or order pursuant to Nevada Rule of Civil Procedure 60(b). Because no statute or court rule permits an appeal from such an order in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Hon. Jim C. Shirley, District Judge
       Milton David Plummer
       Attorney General/Carson City
       Clerk of the Court/Court Administrator

SUPREME COURT
OF
NEVADA

(O) 1947A

22-25939